No. 03–10935. THOMPSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10936. TYLER v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10937. CURRY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–10939. ROMER v. CALIFORNIA ET AL. (two judgments). C. A. 9th Cir. Certiorari denied.

No. 03–10940. HEADLEY v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 03–10941. NGOC-HAHN THI DANG-NGUYEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10943. MENDOZA v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 03–10944. PANDALES-ANGULO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10946. CAMPOS-FUERTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10947. SALAZAR-SAMANIEGA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–10948. PENA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10949. SANCHEZ v. BUSH, PRESIDENT OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10950. RATLIFF v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–10951. MARTIN v. MICHIGAN. Ct. App. Mich. Certiorari denied.